UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALFRED TAYLOR,

    Petitioner,

                                                             Case No. 09-10968

v.                                                    Hon. Lawrence P. Zatkoff

MARY BERGHUIS,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner, proceeding pro se, filed a petition for writ of habeas corpus [dkt 1]. The matter is currently before the Court on Magistrate Judge Komives's Report and Recommendation [dkt 10], in which the Magistrate Judge recommends that the petition for writ of habeas corpus be denied. The Magistrate Judge also recommends that a certificate of appealability be denied. Petitioner has not filed objections to the Report and Recommendation, and the time period in which to do so has expired.

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that the petition for writ of habeas corpus [dkt 1] is DENIED and a certificate of appealability is DENIED.

IT IS SO ORDERED.


                      S/Lawrence P. Zatkoff
                      LAWRENCE P. ZATKOFF
                      UNITED STATES DISTRICT JUDGE

Dated: June 22, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on June 22, 2010.

                      S/Marie E. Verlinde
                      Case Manager
                      (810) 984-3290